UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-20301-CIV-GRAHAM

ROBERTO C. LAGO,

    Plaintiff,

vs.

BIEHL & BIEHL, INC.,

    Defendant.
_____/



## NOTICE OF COURT PRACTICE UPON
## NOTICE OF SETTLEMENT AND ORDER CLOSING CASE

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Settlement [ECF NO. 8]. Based thereon,

**THE PARTIES** are hereby notified that, within forty-five (45) days of the date of this Order, they must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action.  It is further

**ORDERED AND ADJUDGED** that this action is **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of March, 2021.

                                          s/ Donald L. Graham
                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE