## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

ROBERTO C. LAGO,

    Plaintiff,                                    Case No. 1:21-cv-20301-DLG

v.

BIEHL & BIEHL, INC.,

    Defendant.

_____/

## NOTICE OF VOLUTARY DISMISSAL WITH PREJUDICE

NOW COMES, ROBERTO C. LAGO ("Plaintiff"), by and through his undersigned attorney, and in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, BIEHL & BIEHL, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: April 2, 2021

                                                                               Respectfully Submitted,

                                                                               */s/ Alejandro E. Figueroa*
                                                                               Alejandro E. Figueroa
                                                                               Florida Bar No. 1021163
                                                                               Sulaiman Law Group, Ltd.
                                                                               2500 S. Highland Avenue, Suite 200
                                                                               Lombard, IL 60148
                                                                               Phone: (630) 575-8181
                                                                               Fax: (630) 575-8188
                                                                               alejandrof@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 2, 2021, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa