UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:21-cv-20301-DLG

ROBERTO C. LAGO,

       Plaintiff,

v.

BIEHL & BIEHL, INC.,

       Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on Plaintiff's Notice of Voluntary Dismissal

with Prejudice [ECF No. 9], and the Court being duly advised in the premises, it is thereupon:

**ORDERED and ADJUDGED** that this action is **DISMISSED with prejudice**, each party baring

its own fees and costs.

       **DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of April, 2021.


                          S/ DONALD L. GRAHAM
                          DONALD L. GRAHAM
                          UNITED STATES DISTRICT JUDGE


Copies furnished to:
Counsel of record